# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WELLS FARGO BANK, N.A., S/B/M TO WELLS FARGO HOME MORTGAGE, INC.,

Respondent

v.

GEORGE MIRKOV,

Petitioner

:  No. 569 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.